UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80111-Cr-Middlebrooks/Brannon

UNITED STATES OF AMERICA

vs.

LAWRENCE SCHECHTMAN,

    Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the Information filed in Case No. 13-80111-Cr-Middlebrooks/Brannon.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
    EDWARD NUCCI
    MANAGING ASSISTANT U.S. ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: July 24, 2013

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE